UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-21719-SCOLA

JORGE RAMIREZ,

    Plaintiff,

vs.

CONDÉNAST IBÉRICA LIMITED COMPANY, EDICIONES CONDÉ NAST S.A., and JOHN DOES 1-6,

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

Attorney David F. Tamaroff, Esq., files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

| | |
|---|---|
| Law Firm: | Morgan & Morgan, P.A. – Business Trial Group |
| Address: | 703 Waterford Way, Suite 1050 |
| | Miami, Florida 33126 |
| Phone: | (786) 381-1922 |
| Fax: | (786) 381-1941 |
| Email: | dtamaroff@forthepeople.com |
| Email (2): | manderson@forthepeople.com |

Dated: July 30, 2018.

                    Respectfully submitted,

                    **MORGAN & MORGAN, P.A.**
                    **Business Trial Group**

                    /s/ David Tamaroff
                    **David F. Tamaroff, Esq.**
                    Florida Bar No. 92084
                    703 Waterford Way, Suite 1050
                    Miami, Florida 33126-4678
                    Telephone: (305) 929-1922
                    Facsimile: (305) 929-1941
                    dtamaroff@forthepeople.com
                    *Attorneys for Plaintiff, Jorge Ramirez*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, on July 30, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all counsel of record and those parties receiving notification though that system.

                    /s/ David Tamaroff
                    **David F. Tamaroff, Esq.**