UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-21719-SCOLA

JORGE RAMIREZ,

    Plaintiff,

vs.

CONDÉNAST IBÉRICA LIMITED
COMPANY, EDICIONES CONDÉ NAST
S.A., and JOHN DOES 1-6,

    Defendants.

### PLAINTIFF'S NOTICE OF VOLUNATRY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, Jorge Ramirez, hereby voluntarily dismisses this action <u>without prejudice</u>. Dismissal is proper pursuant to Fed.R.Civ.P. 41(a)(1)(A), because no Defendant has served and answer or motion for summary judgment in this action. Consistent herewith, Plaintiff consents to the Court having this case closed for administrative purposes.

Dated: July 30, 2018.

    Respectfully submitted,

    **MORGAN & MORGAN, P.A.**
    **Business Trial Group**

    <u>/s/ David Tamaroff    </u>
    **David F. Tamaroff, Esq.**
    Florida Bar No. 92084
    703 Waterford Way, Suite 1050
    Miami, Florida 33126-4678
    Telephone: (305) 929-1922
    Facsimile: (305) 929-1941
    dtamaroff@forthepeople.com
    *Attorneys for Plaintiff, Jorge Ramirez*

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that, on July 30, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all counsel of record and those parties receiving notification though that system.

              /s/ David Tamaroff
              **David F. Tamaroff, Esq.**